| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF ILLINOIS |
| Case number *(if known)* _____ Chapter 11 |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | **Debtor's name** | Marbles Brain Workshop, LLC |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | Marbles: The Brain Store |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 81-2420303 |

| 4. | **Debtor's address** | **Principal place of business**<br><br>1918 North Mendell Street<br>Suite 400<br>Chicago, IL 60642<br>Number, Street, City, State & ZIP Code<br><br>Cook<br>County | **Mailing address, if different from principal place of business**<br><br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
|---|---|---|---|

| 5. | **Debtor's website** (URL) | www.marblesthebrainstore.com |
|---|---|---|

| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |
|---|---|---|

Debtor   Marbles Brain Workshop, LLC _____   Case number (*if known*) _____
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    4249

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor  See Attachment _____  Relationship _____
District _____  When _____  Case number, if known _____

---

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 2

Debtor   Marbles Brain Workshop, LLC _____   Case number (*if known*) _____
        Name

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- ☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (*Check all that apply.*)
  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
  - ☐ It needs to be physically secured or protected from the weather.
  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
  - ☐ Other _____

  **Where is the property?**   _____
                           Number, Street, City, State & ZIP Code

  **Is the property insured?**
  - ☐ No
  - ☐ Yes.   Insurance agency _____
             Contact name _____
             Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*
- ☐ Funds will be available for distribution to unsecured creditors.
- ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   Marbles Brain Workshop, LLC
         Name

Case number (if known)

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   February 3, 2017
              MM / DD / YYYY

X _____
Signature of authorized representative of debtor

Girisha Chandraraj
Printed name

Title   Chief Executive Officer

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date   February 3, 2017
       MM / DD / YYYY

Erich S. Buck, Esq.
Printed name

Adelman & Gettleman, Ltd.
Firm name

53 West Jackson Boulevard
Suite 1050
Chicago, IL 60604
Number, Street, City, State & ZIP Code

Contact phone   312-435-1050      Email address   ebuck@ag-ltd.com

#6274635 IL
Bar number and State

Debtor  Marbles Brain Workshop, LLC _____  Case number (*if known*) _____
　　　　　　Name

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
NORTHERN DISTRICT OF ILLINOIS

Case number (*if known*) _____  Chapter  11

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | Marbles Holdings, LLC | | | Relationship to you | Affiliate |
| District | Bankr. N.D. Ill. | When | 2/03/17 | Case number, if known | 17-3309 |
| Debtor | Marbles LLC | | | Relationship to you | Affiliate |
| District | Bankr. N.D. Ill. | When | 2/03/17 | Case number, if known | 17-3308 |

Official Form 201　　　　**Voluntary Petition for Non-Individuals Filing for Bankruptcy**　　　　page 5

## United States Bankruptcy Court
### Northern District of Illinois

In re: Marbles Brain Workshop, LLC

Debtor(s)

Case No.
Chapter 11

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: February 3, 2017

Girisha Chandraraj/Chief Executive Officer
Signer/Title

MARBLES BRAIN WORKSHOP LLC

ADELMAN & GETTLEMAN, LTD.
ATTN: ADAM SILVERMAN
53 WEST JACKSON BOULEVARD
SUITE 1050
CHICAGO, IL 60604

ADELMAN & GETTLEMAN, LTD.
ATTN: ERICH BUCK
53 WEST JACKSON BOULEVARD
SUITE 1050
CHICAGO, IL 60604

ADELMAN & GETTLEMAN, LTD.
ATTN: HENRY MERENS
53 WEST JACKSON BOULEVARD
SUITE 1050
CHICAGO, IL 60604

ADELMAN & GETTLEMAN, LTD.
ATTN: HOWARD ADELMAN
53 WEST JACKSON BOULEVARD
SUITE 1050
CHICAGO, IL 60604

AMPR MARBLES INVESTORS, LLC
C/O HOLLAND & KNIGHT LLP
ATTN BARBARA PARLIN, ESQ
31 W 52ND ST
NEW YORK, NY 10019

AMZAK CAPITAL MANAGEMENT, LLC
C/O HOLLAND & KNIGHT LLP
ATTN BARBARA PARLIN, ESQ.
31 W 52ND ST
NEW YORK, NY 10019

DEPARTMENT OF THE TREASURY
1500 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20220

GARDEN CITY GROUP, LLC
ATTN: MARCIA UHRIG
1985 MARCUS AVE, STE 200
LAKE SUCCESS, NY 11042

IL DEPT OF EMPLOYMENT SECURITY
BANKRUPTCY UNIT, COLLECTION SUBDIVISION
33 SOUTH STATE STREET
10TH FLOOR
CHICAGO, IL 60603

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
11601 ROOSEVELT ROAD, MAIL DROP N781
PHILADELPHIA, PA 10154

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNAL REVENUE SERVICE
TERRITORY MNGR INSOLVENCY TERR 7
230 S. DEARBORN STREET
MAIL STOP 5000 CHI ROOM 3022
CHICAGO, IL 60604

JP MORGAN CHASE
ATTN KRISTINE PARKER
10 SOUTH DEARBORN, FLOOR 35
CHICAGO, IL 60603

TREE TOYS
8TH FLOOR, NO 16, LANE 120, SECTION 1
NEIHU ROAD
TAIPEI TAIWAN

US ATTORNEY FOR NORTHERN DIST IL
ATTN: JOEL R. NATHAN, ESQ.
219 SOUTH DEARBORN ST.
5TH FLOOR
CHICAGO, IL 60604

US TRUSTEE FOR NORTHERN DIST IL
OFFICE OF THE UNITED STATES TRUSTEE
ATTN PATRICK S. LAYNG, ESQ.
219 S. DEARBORN ST. RM 873
CHICAGO, IL 60604